```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15563
    ANTONETTE A HOUSKIN
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

       Debtor
  SSN XXX-XX-8924


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/28/2007 and was confirmed 10/17/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
BARNES AUTO GROUP          UNSECURED       NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED         3043.00          .00           .00
COMMONWEALTH EDISON        UNSECURED         2669.85          .00           .00
CREDIT PROTECTION          UNSECURED       NOT FILED          .00           .00
CREDIT PROTECTION          UNSECURED       NOT FILED          .00           .00
IC SYSTEMS                 UNSECURED       NOT FILED          .00           .00
ICS INC                    UNSECURED       NOT FILED          .00           .00
ICS INC                    UNSECURED       NOT FILED          .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED          .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED          .00           .00
NATIONWIDE CREDIT CO       UNSECURED       NOT FILED          .00           .00
B-REAL LLC                 UNSECURED          856.84          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED          430.37          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED           66.70          .00           .00
ROUNDUP FUNDING LLC        UNSECURED          301.84          .00           .00
RESURGENT CAPITAL          UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED          187.41          .00           .00
WEST ASSET                 UNSECURED       NOT FILED          .00           .00
BARNES AUTO GROUP          SECURED NOT I    1133.09           .00           .00
CRS REHAB SPECIALISTS      UNSECURED         4765.00          .00           .00
LOYOLA UNIVERSITY PHYSIC   UNSECURED         1515.80          .00           .00
ILLINOIS TITLE LOANS       SECURED NOT I     697.30           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          283.23          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,464.00                      823.97
TOM VAUGHN                 TRUSTEE                                         64.03
DEBTOR REFUND              REFUND                                         140.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    1,028.00

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 15563 ANTONETTE A HOUSKIN
```

```
PRIORITY                                                             .00
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                    823.97
TRUSTEE COMPENSATION                                               64.03
DEBTOR REFUND                                                     140.00
                                      ---------------      ---------------
TOTALS                                       1,028.00             1,028.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 01/26/09
                                                        /s/ Tom Vaughn
                                                        _____
                                                        TOM VAUGHN
                                                        CHAPTER 13 TRUSTEE